

# Fourth Court of Appeals
## San Antonio, Texas

April 29, 2015

No. 04-15-00196-CR

Michael S. **EISENHAUER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR6130
Honorable Maria Teresa Herr, Judge Presiding

### ORDER

In accordance with the court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on April 29, 2015.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of April, 2015.

Keith E. Hottle, Clerk